1   KAROL K. DENNISTON (Bar No. CA 141667)
    karol.denniston@dlapiper.com
2   BRENDAN P. COLLINS (Bar No. CA 260260)
    brendan.collins@dlapiper.com
3   NATASHA L. JOHNSON (Bar No. CA 260562)
    natasha.johnson@dlapiper.com
4   **DLA PIPER LLP (US)**
    550 South Hope Street, Suite 2300
5   Los Angeles, CA  90071-2678
    Tel:  213.330.7700
6   Fax:  213.330.7701

7   [Proposed] Attorneys for Fili Enterprises, Inc., d/b/a
    Daphne's Greek Cafe, a California corporation,
8   Debtor and Debtor-in-Possession

9

                    UNITED STATES BANKRUPTCY COURT
10
                    SOUTHERN DISTRICT OF CALIFORNIA
11

12   In re:                                CASE NO.  10-bk-00324-PB

13   FILI ENTERPRISES, INC., d/b/a         Chapter 11
     Daphne's Greek Cafe, a California
14   corporation,                          **NOTICE OF FIRST DAY MOTIONS
                                           FILED BY DEBTOR**
15              Debtor.
                                           Date:       N/A
16                                         Time:       N/A
                                           Place:      Room 328
17                                         Judge:      The Hon. Peter W. Bowie

18

19   **TO THE HONORABLE PETER W. BOWIE, UNITED STATES BANKRUPTCY JUDGE,**

20   **SECURED CREDITORS, THE TWENTY LARGEST UNSECURED CREDITORS, AND**

21   **THE UNITED STATES TRUSTEE:**

22           **PLEASE TAKE NOTICE** that Fili Enterprises, Inc., d/b/a Daphne's Greek Cafe, a

23   California Corporation, debtor and debtor in possession in this case (the "Debtor") intends to and

24   hereby does move the Court for an order granting each and every one of the following First Day

25   Motions, true and correct copies of each of which, along with any supporting declarations, have

26   been duly filed and served concurrently with this Notice:

27           a.      First Day Motion By Debtor For Order Limiting Scope Of Notice;

28

DLA PIPER LLP (US)
LOS ANGELES

b.      First Day Motion By Debtor For Order (A) Authorizing Continued Use Of Debtor's Cash Management System, (B) Authorizing Maintenance And Continued Use Of Debtor's Existing Bank Accounts, (C) Authorizing Continued Use Of Debtor's Business Forms, (D) Authorizing A Waiver Of Section 345(b) Deposit And Bond Requirements, And (E) Directing Banks And Financial Institutions To Honor And Process Prepetition Checks And Transfers;

c.      First Day Motion by Debtor for Order (A) Authorizing Interim Use of Cash Collateral, (B) Granting Adequate Protection for Use of Prepetition Collateral, and (C) Granting Related Relief;

d.      First Day Motion by Debtor for Order (A) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (B) Deeming Utility Companies Adequately Assured of Future Performance, and (C) Establishing Procedures for Determining Adequate Assurance of Payment;

e.      First Day Motion by Debtor for Order: (1) Authorizing, but not Requiring, Payment of Pre-Petition (A) Wages, Salaries and Other Compensation; (B) Employee Benefits; (C) Reimbursable Expenses; (D) Related Taxes; and (2) Authorizing and Directing Financial Institutions to Receive, Process, Honor, and Pay All Checks Presented for Payment;

f.      First Day Motion by Debtor for Order Pursuant to Sections 507(a)(2) and 503(b) Confirming Grant of Administrative Expense Status to Undisputed Obligations Arising from the Postpetition Delivery of Goods;

g.      First Day Motion By Debtor For Order Authorizing Debtor To Pay Interim Compensation To Insiders;

h.      First Day Motion by Debtor for Order (A) Authorizing the Debtor to Pay Prepetition Insurance Premiums, and (B) Directing Banks and Financial Institutions to Honor and Process Checks and Transfers Related to the Payment of These Obligations; and

i.      First Day Motion by Debtor for Order Authorizing the Debtor to Honor

-2-

DLA Piper LLP (US)
Los Angeles

WEST\21859310.1
353600-000006

Case No. 10-bk-00324-PB
NOTICE OF FIRST DAY MOTIONS

1    Certain Prepetition Obligations to Customers and to Otherwise Continue Customer

2    Programs and Practices.

3

4        **PLEASE TAKE FURTHER NOTICE THAT THE ABOVE LISTED FIRST DAY**

5    **MOTIONS HAVE BEEN FILED IN ACCORDANCE WITH APPENDIX D1 OF THE**

6    **LOCAL BANKRUPTCY RULES FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

7    **("LOCAL BANKRUPTCY RULES").  AS REQUIRED BY APPENDIX D1 OF THE**

8    **LOCAL BANKRUPTCY RULES ("GUIDELINES FOR FIRST DAY MOTIONS"), ANY**

9    **PARTY IN INTEREST WHO OPPOSES ANY OF THESE FIRST DAY MOTIONS**

10    **SHALL IMMEDIATELY NOTIFY THE JUDGE'S LAW CLERK OF ITS POSITION BY**

11    **TELEPHONE AT (619) 557-5159.  NO WRITTEN OPPOSITION SHALL BE FILED TO**

12    **ANY OF THESE FIRST DAY MOTIONS UNLESS THE COURT OTHERWISE**

13    **DIRECTS.  PLEASE NOTE THAT THE FAILURE TO NOTIFY THE COURT OF**

14    **OPPOSITION TO ANY OF THESE FIRST DAY MOTIONS MAY BE DEEMED TO BE**

15    **CONSENT TO THE RELIEF REQUESTED, AND THE RELIEF MAY BE GRANTED**

16    **WITHOUT FURTHER NOTICE OR A HEARING.**

17

18    Dated:  January 11, 2010                    DLA PIPER LLP (US)

19                                                By  /s/ Brendan P. Collins
20                                                BRENDAN P. COLLINS
                                                  [Proposed] Attorneys for Fili Enterprises, Inc.,
21                                                d/b/a Daphne's Greek Café, a California
                                                  corporation, Debtor and Debtor-in-Possession

22

23

24

25

26

27

28

DLA PIPER LLP (US)
LOS ANGELES

WEST\21859310.1
353600-000006

-3-

Case No. 10-bk-00324-PB
**NOTICE OF FIRST DAY MOTIONS**