**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

Order Entered on
January 14, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Date of Hearing:
Time of Hearing:
Name of Judge:

**ORDER ON**

　　IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted.  Motion/Application Docket Entry No. _____

//
//
//
//
//
//

DATED: January 14, 2010

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
　　Attorney for ☐ Movant ☐ Respondent

Judge, United States Bankruptcy Court

**CSD 1001A**

ORDER ON
DEBTOR:                                                          CASE NO:

CSD 1001A

*Signed by Judge Peter W. Bowie January 14,2010*

CSD 1001A [11/15/04](Page 2)
ORDER ON
DEBTOR:                                                                 CASE NO:

CSD 1001A

*Signed by Judge Peter W. Bowie January 14,2010*

(iii) not later than January 14, 2010, a summary listing of equipment of the Debtor, by store location, including an itemized inventory of the equipment removed from closed store locations, together with information on storage location, storage charges, payment and invoicing for storage, and contact information for all persons in possession of such equipment, and

(iv) not later than the Wednesday of each week, a comparison of the Debtor's actual receipts and actual disbursements for the preceding week to the budgeted receipts and disbursements for that week, on a line item basis.

10. The Debtor is authorized and directed to provide Bank of America and its counsel, consultants, and other representatives, and agents with such non-privileged operating and financial information as may be reasonably requested by Bank of America to Debtor's counsel. Debtor shall direct its professionals and management team to cooperate with and timely respond to Bank of America's requests during reasonable business hours. Requests shall be directed to, and coordinated by, Debtor's counsel, including without limitation information requests by Argus Management, Bank of America's financial advisor. Debtor, through Debtor's counsel, will coordinate access to Debtor's books, records, locations, management team, and financial advisor as reasonably requested by Bank of America.

IT IS SO ORDERED.

*Signed by Judge Peter W. Bowie January 14,2010*

# EXHIBIT "A"

*Signed by Judge Peter W. Bowie January 14,2010*

|  | January | | |
|---|---|---|---|
|  | 1/17/10 | 1/24/10 | 1/28/10 |
| **Disbursements** | | | |
| Other/Prepaid | 2,000 | 24,000 | 10,233 |
| Marketing | | | |
| 401K - Employee/er | 3,000 | | 3,000 |
| Vendor Payments - Product | | 246,752 | 239,289 |
| Vendor Payments - Other Period Vendors | 42,103 | 6,954 | 12,103 |
| Rent/CAMs | - | - | |
| Utilities | | | |
| Capital Maintenance | 1,000 | 1,000 | 1,000 |
| Insurance - WC and Commercial | 21,625 | - | - |
| Payroll and Taxes | 550,000 | - | 513,000 |
| Employee Benefits (Med, Dent,) | | 53,973 | |
| Sales Taxes | - | 17,000 | 326,721 |
| Merchant fees/Bank Fees | - | - | - |
| **Disbursements - Operations** | 619,728 | 349,679 | 1,105,347 |

*Signed by Judge Peter W. Bowie January 14,2010*