B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## Southern District of California

| IN RE: | Case No. **10-00324-11** |
|---|---|
| **Fili Enterprises, Inc.** | Chapter **11** |
| Debtor(s) | |

### AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| U.S. Foodservice, Inc. 15155 Northam Street La Mirada, CA 90638 | Jon A. Jezierski (714) 670-3500 | Trade | | 1,115,766.64 |
| Transwestern Harvest Lakeshore LLC c/o Harvest Partners/Lorrie Holmes 8070 Park Lane, Ste 100 Dallas, TX 75231 | Bob Baker (214) 389-0860 | Lease Store No. 1093 | | 146,468.03 |
| AW Southglenn, LLC 8480 E. Orchard Road, Suite 2460 Englewood, CO 80111 | Laura Carstenson (303) 771-4004 | Lease Store No. 6073 | | 110,713.56 |
| PCCP CS Alberta Cornerstar Colorado, LLC 8480 E. Orchard Road, Suite 2460 Englewood, CO 80111 | Brad Beck (303) 771-4004 | Lease Store No. 6072 | | 109,009.56 |
| Media Spot 1550 Bayside Drive Corona, CA 92625 | (949) 721-0500 | Advertising | | 101,797.25 |
| SCI Parkplace Fund, LLC 1512 Eureka Road, Suite 100 Roseville, CA 95661 | Rina Lessing (916) 446-8223 | Lease Store No. 1051 closed | | 95,256.40 |
| Jackson II, LLC 5665 Power Inn Road, Suite 140 Sacramento, CA 95824 | Bernardo Hubbard (916) 381-8113 | Lease Store No. 1075 closed | | 80,823.60 |
| Forest City Commercial Management Temecula Towne Center Associates, LP 1100 Terminal Tower, 50 Public Square Cleveland, OH 44113-3267 | George Stitz (216) 621-6060 | Lease Store No. 1011 closed | DISPUTED | 80,000.00 |
| The Robford Company, LLC 1309 West Main Street Rapid City, SD 57709-2624 | Bonnie Larson-De Paz (303) 930-9700 | Lease Store No. 6080 | | 55,000.00 |
| P&R Paper Supply Co., Inc. 1898 E. Colton Avenue Redlands, CA 92373 | (909) 794-1237 | Operating Expense | | 29,000.00 |
| FR Crow Canyon, LLC C/O Federal Realty Investment Trust 3055 Lion Ave., Suite 2100 San Jose, CA 95128 | Shahram Moussavi (408) 379-9354 | Lease Store No. 1087 | | 26,911.73 |
| Aloha Technologies, Ltd. C/O Radiant Systems, Inc. 3925 Brookside Parkway Alpharetta, GA 30022 | (877) 794-7237 | POS Services | | 21,730.00 |

| Creditor | Contact | Type | Status | Amount |
|---|---|---|---|---|
| Playa de Oro<br>C/O Decron Properties, LP<br>6222 Wilshire Blvd. #650<br>Los Angeles, CA 90048 | David Nagel<br>(323) 556-6000 | Lease Store<br>No. 6067 | DISPUTED | 21,084.68 |
| Pepsi Cola<br>4532 U.S. 67<br>Dallas, TX 75201 | (214) 324-8500 | Trade | | 20,000.00 |
| Southern Californa Gas Company<br>1801 S. Atlantic Blvd.<br>Monterey Park, CA 91754-5207 | (213) 244-1200 | Utilities | | 18,843.72 |
| Prudential Overall Supply<br>17641 Fabrica Way<br>Cerritos, CA 90703 | Mark Hamilton<br>(562) 522-0450 | Operating Expense | | 17,957.39 |
| Village Square Dana Park, LLC<br>1744 Val Vista Drive, Suite 204<br>Mesa, AZ 85204 | Michael Bannic<br>(480) 890-0555 x 12 | Lease Store<br>No. 1070<br>closed | | 17,542.77 |
| Regency Centers Corporation<br>265 Santa Helena, Suite 211<br>Solana Beach, CA 92075 | Greg Sadowsky<br>(858) 847-4600 | Lease Store<br>No. 1072 | | 16,917.23 |
| DDR Oliver McMillian LP<br>733 Eighth Avenue<br>San Diego, CA 92101 | Grace Wilson<br>(619) 321-1111 | Lease Store<br>No. 1032 | | 14,750.68 |
| Sudberry Properties, Inc.<br>Eastlake Village Marketplace<br>5465 Morehouse Drive, Suite 260<br>San Diego, CA 92121-4714 | Mike Seiber<br>(858) 546-3000 | Lease Store<br>No. 1035 | | 14,304.69 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: January 14, 2010        Signature: _[signature]_

George Katakalidis, Chief Executive Officer

(Print Name and Title)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only