1  DAVID A. ORTIZ, ATTORNEY #167587
   TRIAL ATTORNEY
2  OFFICE OF THE UNITED STATES TRUSTEE
   402 WEST BROADWAY, SUITE 600
3  SAN DIEGO, CA 92101-8511
   (619)557-5013
4
   ATTORNEY FOR
5  TIFFANY L. CARROLL
   ACTING UNITED STATES TRUSTEE
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    Southern District of California

10 In re:                    )    Case No. 10-00324-PB11
                             )
11                           )
   Fili Enterprises, Inc.,   )    APPOINTMENT OF THE OFFICIAL
12                           )    COMMITTEE OF UNSECURED
                             )    CREDITORS
13              Debtor(s).   )
                             )
14

15      Pursuant to 11 U.S.C. §1102, the United States Trustee

16 hereby appoints the following members to serve on the Official

17 Committee of Unsecured Creditors:

18
   **CREDITOR**                        **REPRESENTATIVE**
19
   **Simi Entertainment Plaza**        Joe Ford
20 c/o CNA Enterprises                 310-557-0777 Ext 489
   1901 Avenue of the Stars           310-557-9744 (facsimile)
21 Suite 855                          jford@cnaenterprises.com
   Los Angeles, CA 90067
22

23 **KFT Enterprises No. 2, LP**       Mark R. Kaplan
   c/o KFT Management, Inc.           310-914-4600
24 11620 Wilshire Blvd., Suite 420    619-308-1198 (facsimile)
   Los Angeles, CA 90025             mark@kftman.com
25

26 / / /

27
   / / /
28

**U.S. Foodservice, Inc.**
Litigation and Employment Law
9399 W. Higgins Road, Suite 600
Rosemont, IL 60018

Claudia G. Regen
847-720-2442
480-293-2706 (facsimile)
claudia.regen@usfood.com

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: January 27, 2010

By: /s/David A. Ortiz
David A. Ortiz
Trial Attorney for the
Acting United States Trustee