KAROL K. DENNISTON (Bar No. CA 141667)
karol.denniston@dlapiper.com
BRENDAN P. COLLINS (Bar No. CA 260260)
brendan.collins@dlapiper.com
NATASHA L. JOHNSON (Bar No. CA 260562)
natasha.johnson@dlapiper.com
**DLA PIPER LLP (US)**
550 South Hope Street, Suite 2300
Los Angeles, CA  90071-2678
Tel:  213.330.7700
Fax:  213.330.7701

[Proposed] Attorneys for Fili Enterprises, Inc., d/b/a
Daphne's Greek Cafe, a California corporation
Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>FILI ENTERPRISES, INC., d/b/a Daphne's Greek Cafe, a California corporation,<br><br>Debtor. | CASE NO.  10-bk-00324-PB<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED HEARING RE MOTION BY DEBTOR FOR ENTRY OF FINAL ORDER PURSUANT TO SECTIONS 105, 361, 362, 364(c) AND 364(d) (A) AUTHORIZING THE DEBTOR TO INCUR POSTPETITION FINANCING ON A SECURED BASIS, (B) GRANTING ADEQUATE PROTECTION, AND (C) MODIFYING THE AUTOMATIC STAY**<br><br>Continued Hearing<br>Date:      March 9, 2010<br>Time:     4:00 p.m.<br>Place:     Dept. 4, Room 328<br>Judge:    The Hon. Peter W. Bowie |
|---|---|

**TO THE HONORABLE PETER W. BOWIE, UNITED STATES BANKRUPTCY JUDGE; THE UNITED STATES TRUSTEE; SECURED CREDITORS AND THEIR COUNSEL OF RECORD; THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS; AND THOSE PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that the hearing on Debtor's Motion for Entry of Final Order

Pursuant to Sections 105, 361, 362, 364(c) and 364(d) (A) Authorizing the Debtor to Incur

Postpetition Financing on a Secured Bases, (B) Granting Adequate Protection, and (C) Modifying

1

DLA PIPER LLP (US)
LOS ANGELES

WEST\21872375.1
353600-000008

Case No. 10-bk-00324-PB
NOTICE OF CONTINUED HEARING ON DEBTOR'S FINANCING MOTION

the Automatic Stay (the "Motion") has been continued to **March 9, 2010** at **4:00 p.m.**, before the Honorable Peter W. Bowie, Untied States Bankruptcy Judge, in Courtroom 328, located in The Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, California 92101.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing and filed with the Bankruptcy Court and served upon counsel for the Debtor at the address set forth in the upper left-hand corner of the first page of this notice (with a courtesy copy to chambers) by not later than **February 25, 2010**.  Any reply to any opposition to the Motion must be filed with the Court (with a courtesy copy to chambers) and served upon any party filing such opposition by not later than **March 4, 2010**.  Failure to timely file and serve an opposition to the Motion may be deemed by the Court to be consent to the granting of the relief requested in the Motion.

Dated:  February 4, 2010

DLA PIPER LLP (US)

By: /s/ Brendan P. Collins
BRENDAN P. COLLINS
[Proposed] Attorneys for Fili Enterprises, Inc., d/b/a Daphne's Greek Cafe, a California corporation Debtor and Debtor-in-Possession

DLA Piper LLP (US)
Los Angeles

WEST\21872375.1
353600-000008

-2-

Case No. 10-bk-00324-PB
NOTICE OF CONTINUED HEARING ON DEBTOR'S FINANCING MOTION

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper LLP (US), 550 South Hope Street, Suite 2300, Los Angeles, California 90071-2678. On February 4, 2010, I served the within documents:

**NOTICE OF CONTINUED HEARING RE MOTION BY DEBTOR FOR ENTRY OF FINAL ORDER PURSUANT TO SECTIONS 105, 361, 362, 364(c) AND 364(d) (A) AUTHORIZING THE DEBTOR TO INCUR POSTPETITION FINANCING ON A SECURED BASIS, (B) GRANTING ADEQUATE PROTECTION, AND (C) MODIFYING THE AUTOMATIC STAY**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ **TO BE SERVED BY U.S. MAIL**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **TO BE SERVED OVERNIGHT DELIVERY**
I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, true and correct copies of the foregoing documents in a sealed envelope or package designated by the express service carrier, addressed as set forth on the attached mailing list, with fees for overnight delivery paid or provided for:

See attached service list.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on February 4, 2010, at Los Angeles, California.

/s/ Bambi Clark
Bambi Clark

DLA PIPER LLP (US)
LOS ANGELES

WEST\21860166.2                                                                                   CASE NO. 10-bk-00324-PB

| | |
|---|---|
| **Secured Creditor**<br>Gerald E. Wilson<br>Bank of America<br>Legal Department<br>MA5-503-04-01<br>100 Federal Street<br>Boston, MA 02110<br>Tel:   (617) 346-4267<br>Fax:   (617) 346-0980<br>**E-mail:** gerald.e.wilson@bankofamerica.com | **Counsel for Bank of America**<br>Matthew F. Furlong, Esq.<br>Morgan, Lewis & Bockius<br>225 Franklin Street, 16th Floor<br>Boston, MA 02100<br>Tel:   (617) 341-7000<br>Fax:   (617) 341-7701<br>**E-mail**:   mfurlong@morganlewis.com |
| **RSN - Counsel for Bank of America**<br>Richard Esterkin, Esq.<br>Morgan, Lewis & Bockius<br>300 S. Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132<br>Tel:   (213) 612-1163<br>Fax:   (213) 612-2501<br>**E-mail:** resterkin@morganlewis.com | **Secured**<br>Bank of America<br>Trade Finance Operations<br>1 Fleet Way PA6-580-02-30<br>Scranton, PA 18507 |
| | **U.S. Trustee**<br>United States Trustee<br>Attn: David Ortiz<br>402 West Broadway, Suite 600<br>San Diego, CA 92101<br>**Facsimile:** (619) 557-5339 |
| **Secured**<br>Riverside County Assessor<br>County Administrative Center<br>4080 Lemon Street, 1st Floor<br>Riverside, CA 92502<br>Telephone:   (951) 955-6210<br>Facsimile:   (951) 955-3906 | **Secured**<br>Vestar/Kimco Tustin, LP<br>c/o Vestar Property Management<br>2425 East Camelback Road, Suite 750<br>Phoenix, AZ 85016<br>Telephone:   (602) 866-0900<br>**Facsimile:   (602) 955-2298** |
| **Secured**<br>Weingarten Nostat, Inc.<br>Attn: Chris Byrd<br>2600 Citadel Plaza Drive, Suite 125<br>Houston, TX 77008<br>Tel: (602) 217-8842<br>Fax: (602) 263-8852 | **[Proposed] Counsel to Official Committee of Unsecured Creditors**<br>Jeffrey N. Pomerantz, Esq.<br>Shirley S. Cho, Esq.<br>Pachulski, Stang, Ziehl & Jones LP<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, CA 90067-4100<br>Tel: 310.277.6910<br>Fax: 310.201.0760<br>E-Mail: jpomerantz@pszjlaw.com;<br>scho@pszjlaw.com |

DLA P<small>IPER</small> LLP (US)
L<small>OS</small> A<small>NGELES</small>

WEST\21860166.2

| | | |
|---|---|---|
| 1 | | |
| 2 | **Committee Member**<br>U.S. Foodservice, Inc.<br>Claudia G. Regen | **Committee Member**<br>Simi Entertainment Plaza<br>Joe Ford |
| 3 | Litigation and Employment Law<br>9399 W. Higgins Road, Suite 600 | c/o CNA Enterprises<br>1901 Avenue of the Stars, Suite 855 |
| 4 | Rosemont, IL 60018<br>Tel: (847) 720-2442 | Los Angeles, CA 90067<br>Tel: (310) 557-0777 ext. 489 |
| 5 | Fax: (480) 293-2706<br>E-mail: claudia.regen@usfoods.com | Fax: (310) 557-9744<br>E-mail: jford@cnaenterprises.com |
| 6 | | |
| 7 | **Committee Member**<br>KFT Enterprises No. 2, LP | |
| 8 | Mark R. Kaplan<br>c/o KFT Management, Inc. | |
| 9 | 11620 Wilshire Boulevard, Suite 420<br>Los Angeles, CA 90025 | |
| 10 | Tel: (310) 914-4600<br>Fax: (619) 308-1198 | |
| 11 | E-mail: mark@kftman.com | |
| 12 | **RSN – Counsel for Bella Terra Associates, LLC (1061) and Montalvo Shopping Center,** | **RSN – Counsel for Pacific Promenade LLC**<br>William Novotny, Esq. |
| 13 | **LLC (1038)**<br>J. Bennett Friedman, Esq. | Mariscal, Weeks, McIntryre & Friedlander, P.A. |
| 14 | Friedman Law Group<br>1900 Avenue of the Stars, Suite 1800 | 2901 North Central Avenue, Suite 200 |
| 15 | Los Angeles, CA 90067-4409<br>Telephone: (310) 552-8210 | Phoenix, AZ 85012-2705\<br>Telephone: (602) 285-5000 |
| 16 | Facsimile: (310) 733-5442<br>E-mail: jfriedman@jbflawfirm.com | Facsimile: (602) 285-5100<br>E-mail: william.novotny@mwmf.com |
| 17 | | |
| 18 | **RSN – Bottling Group, LLC dba The Pepsi Bottling Group** | **RSN – Counsel for Thousand Oaks Marketplace, L.P. (1091), Terra Nova Plaza** |
| 19 | Joseph D. Frank<br>Jeremy C. Kleinman | **(1063), Simi Entertainment Plaza, LLC (1054) and Rolling Hills Plaza LLC (1005)** |
| 20 | Frank/Gecker LLP<br>325 North LaSalle Street, Suite 625 | Ian S. Landsberg, Esq.<br>Landsberg & Associates |
| 21 | Chicago, IL 60654<br>Tel: (312) 276-1400 | 16030 Ventura Boulevard, Suite 470<br>Encino, CA 91436 |
| 22 | Fax: (312) 276-0035<br>E-mail: jfrank@fgllp.com; | Tel: (818) 705-2777<br>Fax: (818) 705-3777 |
| 23 | jkleinman@fgllp.com | E-mail: ilandsberg@landsberg-law.com |

DLA Piper LLP (US)
Los Angeles

WEST\21860166.2

-3-

| | |
|---|---|
| **RSN – Counsel for Passco Companies, LLC (1058); The Macerich Company (1077) and Westfield, LLC**<br>Thomas J. Leanse<br>Brian D. Huben<br>Katten Muchin Rosenman LLP<br>2029 Century Park East, Suite 2600<br>Los Angeles, CA 90067-3012<br>Tel:    (310) 788-4400<br>Fax:    (310) 788-4471<br>E-mail:thomas.leanse@kattenlaw.com;<br>brian.huben@kattenlaw.com | **Counsel for KFT Enterprises No. 2 LP**<br>Susan K. Seflin<br>The Seflin Law Group<br>149 S. Barrington Ave. #198<br>Los Angeles, CA 90049<br>Tel:    (310) 429-8255<br>Fax:    (213) 403-5957<br>E-Mail: sks@seflinlaw.net |
| **RSN – Counsel for SCI Park Place Fund, LLC (1051)**<br>Thomas P. Griffin, Jr.<br>Hefner, Stark & Marois, LLP<br>2150 River Plaza Drive, Suite 450<br>Sacramento, CA 95833<br>Tel:    (916) 925-6620<br>Fax:    (916) 925-1127<br>E-mail:tgriffin@hsmlaw.com | **RSN – Counsel for U.S. Foodservice, Inc.**<br>Jeffrey C. Hampton<br>Melissa W. Rand<br>Saul Ewing LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Tel:    (215) 972-1995<br>Fax:    (215) 972-1872<br>E-mail:jhampton@saul.com; mrand@saul.com |
| **RSN – Counsel for 45 Plaza Associates, LLC (1026)**<br>Ronald K. Brown, Jr.<br>Law Offices of Ronald K. Brown, Jr., apc<br>901 Dove Street, Suite 120<br>Newport Beach, CA 92660<br>Tel:    (949) 250-3322<br>Fax:    (949) 250-3387<br>E-Mail: rkbgwhw@aol.com | **RSN – Counsel for PK III Encinitas Marketplace L.P. (1065) and Kimco Westlake L.P. (1068)**<br>Christina B. Gabrys<br>Blackmar, Principe & Schmelter, APC<br>600 B Street, Suite 2250<br>San Diego, CA 92101<br>Tel:    (619) 238-8900<br>Fax:    (619) 236-8180<br>E-mail:cgabrys@bpslaw.net |
| **Counsel CLPF-West Hollywood, L.P. (1039), FR Crow Canyon, LLC (1087), Park Place Realty Holding Company, Inc. (1066), and Plaza Paseo Real Associates, LLC (1048)**<br>Robert R. Barnes<br>Allen Matkins Leck,Gamble Mallory Natsis<br>501 West Broadway, 15th Floor<br>San Diego, CA 92101<br>Tel:    (619) 233-1155<br>Fax:    (619) 233-1158 (fax)<br>E-mail:  igold@allenmatkins.com;<br>bbarnes@allenmatkins.com | **RSN – Counsel for Torrey Hills Marketplace (successor in interest to Sorrento Hills Marketplace) (1060)**<br>Pamela LaBruyere<br>Solomon, Grindle, Silverman & Wintringer, APC<br>12651 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel: (858) 793-8500<br>Fax: (858) 793-8263<br>E-mail:pamela@sgsslaw.com |

-4-

| | | |
|---|---|---|
| 1 | | |
| 2 | **RSN – Counsel for RVIP CA/WA/OR Portfolio LLC (1045)** | **RSN – Counsel for FW CA-Ygnacio Plaza LLC (1069), MCD-RC CA-Amerige, LLC (1021), 4S Regency Partners, LLC (1072), Regency Realty Group (1085)** |
| 3 | Eric C. Cotton<br>Developers Diversified Realty Corporation<br>3300 Enterprise Parkway | |
| 4 | P.O. Box 228042<br>Beachwood, OH 44122 | Nancy J. Newman<br>Emily M. Charley |
| 5 | Tel: (216) 755-5500<br>E-mail: ecotton@ddrc.com | Hanson Bridgett LLP<br>425 Market Street, 26th Floor |
| 6 | | San Francisco, CA 94105<br>Tel:  (415) 777-3200 |
| 7 | | Fax:  (415) 995-3450 |
| 8 | | E-mail:nnewman@hansonbridgett.com |
| 9 | **RSN – Counsel for CPF Renaissance Creek, LLC (1033)** | **RSN – Counsel for The Irvine Company (1014); Donahue Schriber Realty Group, L.P. (1046); Interstate Consolidated Industries; Vestar/Kimco Tustin, L.P. (1079)** |
| 10 | Nancy Hotchkiss, Esq.<br>Trainor Fairbrook | |
| 11 | 980 Fulton Avenue<br>Sacramento, CA 95825 | Ernie Zachary Park, Esq. |
| 12 | Tel: (916) 929-7000<br>E-Mail: nhotchkiss@trainorfairbrook.com | Bewley, Lassleben & Miller, LLP<br>13215 E. Penn Street, Suite 510 |
| 13 | | Whittier, CA 90602<br>Tel: (562) 698-9771 |
| 14 | | E-mail:ernie.park@bewleylaw.com |
| 15 | | |
| 16 | Chief Judge Peter W. Bowie<br>U.S. Bankruptcy Court - Southern District of California | |
| 17 | The Jacob Weinberger U.S.Courthouse | |
| 18 | 325 West F Street, Dept. 4, Room 328<br>San Diego, California 92101 | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

DLA PIPER LLP (US)
LOS ANGELES

WEST\21860166.2

-5-