| | |
|---|---|
| 1 | KAROL K. DENNISTON (Bar No. CA 141667) |
| | kdenniston@bhfs.com |
| 2 | BRENDAN P. COLLINS (Bar No. CA 260260) |
| | bpcollins@bhfs.com |
| 3 | **BROWNSTEIN HYATT FARBER SHRECK, LLP** |
| 4 | 2029 Century Park East |
| | Suite 2100 |
| 5 | Los Angeles, California 90067-3007 |
| | Telephone: (310) 500-4600 |
| 6 | Facsimile: (310) 500-4602 |
| 7 | *Proposed* Attorneys for Fili Enterprises, Inc., |
| | d/b/a Daphne's Greek Café, a California corporation, |
| 8 | Debtor and Debtor-in-Possession |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | | Case No. 10-BK-00324-PB11 |
| FILI ENTERPRISES, INC., d/b/a Daphne's Greek Café, a California corporation, | | Chapter 11 |
| | | **DEBTOR'S NOTICE OF FILING OF REVISED ASSET PURCHASE AGREEMENT** |
| Debtor. | | |
| | Date: | August 3, 2010 |
| | Time: | 2:00 pm |
| | Place: | Jacob Weinberger Courthouse |
| | | Dept. 4; Room 328 |
| | | 325 West F Street |
| | | San Diego, California 92101-6991 |
| | Judge: | The Hon. Peter W. Bowie |

**TO THE HONORABLE PETER W. BOWIE, UNITED STATES BANKRUPTCY JUDGE; THE UNITED STATES TRUSTEE; OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE THAT** on July 16, 2010, Fili Enterprises, Inc., d/b/a Daphne's Greek Café, debtor and debtor in possession (the "Debtor") filed the *Debtor's Notice of Filing of Asset Purchase Agreement* [Docket No. 306] (the "First Notice") attaching the Asset Purchase Agreement (the "APA") associated with its *Motion for an Order: (1) Authorizing the Sale of Substantially All of Debtor's Assets Free and Clear of Any Liens, Claims, Encumbrances and Interests Pursuant to Sections 105 and 363 of Title 11 of the United States Code, 11 U.S.C. §§*

-1-

Case No. 10-bk-00324-PB11
**NOTICE OF FILING OF REVISED APA**

*101-1532 and Federal Rules of Bankruptcy Procedure 2002 and 6004; and (2) Authorizing in Connection Therewith Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy Rules 2002 and 6006, Pursuant to That Certain Asset Purchase Agreement with 1350BA, LLC or Its Designee, and with Regard to Certain Executory Contracts and Unexpired Leases, (A) Assumption and Assignment, (B) Assumption, Assignment, and Modification, and (C) Rejection* [Docket No. 288] (the "<u>Sale Motion</u>") filed on July 2, 2010.

**PLEASE TAKE FURTHER NOTICE THAT** since the filing of the First Notice, certain revisions have been made to the APA. A true and correct copy of the revised APA is attached hereto as <u>**Exhibit 1**</u>. A blackline showing the revisions made to the APA since the filing of the First Notice is attached hereto as <u>**Exhibit 2**</u>.

**PLEASE TAKE FURTHER NOTICE THAT** the APA is subject to revision prior to the hearing on the Sale Motion, which occurs on <u>**AUGUST 3, 2010 at 2:00 PM**</u>, in Department 4, Room 328, of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991.

Dated:  August 2, 2010

**BROWNSTEIN HYATT FARBER SHRECK, LLP**

By: /s/ Brendan P. Collins
    Karol K. Denniston, Esq.
    Brendan P. Collins, Esq.
    *Proposed* Attorneys for Fili Enterprises, Inc., d/b/a Daphne's Greek Café, a California corporation Debtor and Debtor-in-Possession