# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---:|---|
| **Debtor:** | FILI ENTERPRISES, INC. |
| **Case Number:** | 10-00324-PB11    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 03, 2010 02:00 PM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | MARILYN WILKINSON |
| **Reporter / ECR:** | COLLETTA BROOKS |

### Matters:

1) DEBTOR'S MOTION FOR FINAL ORDER AUTHORIZING DEBTOR TO PAY COMPENSATION TO INSIDERS (fr. 6/28/10)

2) DEBTOR'S MOTION FOR ORDER: (1) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF DEBTORS ASSETS FREE AND CLEAR OF ANY LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; AND (2) AUTHORIZING PURSUANT TO THAT CERTAIN ASSET PURCHASE AGREEMENT WITH 1350BA, LLC OR ITS DESIGNEE, AND WITH REGARD TO CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (A) ASSUMPTION AND ASSIGNMENT, (B) ASSUMPTION, ASSIGNMENT, AND MODIFICATION, AND (C) REJECTION

### Appearances:

BRENDAN COLLINS, ATTORNEY FOR FILI ENTERPRISES, INC.
KAROL DENNISTON, ATTORNEY FOR FILI ENTERPRISES, INC.
MICHAEL GOLDSTEIN, ATTORNEY FOR WREATH, LLC & WREATH EQUITY LLC
KEVIN GARLAND, ATTORNEY FOR WREATH, LLC & WREATH EQUITY LLC
JEFF POMERANZ, ATTORNEY FOR OCC
IVAN GOLD, ATTORNEY FOR SAN MATEO, CARLSBAD, WEST HOLLYWOOD, & SAN RAMON LOCATIONS
MICHAEL B. KADISH, ATTORNEY FOR RILLING HILLS PLAZA LLC, TERRA NOVA GROUP LP, & SIMI ENTERTAINMENT PLAZA LP
MARTHA E. ROMERO, ATTORNEY FOR COUNTY OF RIVERSIDE
MARTIN ELIOPULOS, ATTORNEY FOR GEORGE KATAKALIDIS
RICHARD ADLER, Attorney for REGENCY LANDLORDS  (Telephonic appearance)

### Disposition:

1) Off calendar.

2) Continued to 9/7/10 at 4:00 p.m. re: agreement with George Katakalidis (holding date).  Sale approved as represented on the record.  Orders submitted in Court.

Administrative Claims Bar Date set for 9/10/10.  Order to come from Debtor.